# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA SANGER OLDHAM,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 09-1431-JEM<br><br>**JUDGMENT** |

      In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 19, 2010                                 */s/ John E. McDermott*
                                                                               JOHN E. MCDERMOTT
                                                 UNITED STATES MAGISTRATE JUDGE