ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8974
    Facsimile: 415-744-0134
    Email:  ann.maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA SANGER OLDHAM, | No. CV 09-1431 JEM |
| PLAINTIFF, | [~~PROPOSED~~] ORDER RE EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

    IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of $3,700.00, and $350.00 in

costs as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 27, 2010

                                     */s/John E. McDermott*_____
                                     HONORABLE JOHN E. MCDERMOTT
                                     UNITED STATES MAGISTRATE JUDGE